\*\*E-filed 6/13/06\*\*

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney

5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                              UNITED STATES DISTRICT COURT
10
                           NORTHERN DISTRICT OF CALIFORNIA
11
                                     SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,         )   No. 06-00384 JF
                                       )
14 |      Plaintiff,                   )
                                       )   STIPULATION AND [~~PROPOSED~~]
15 |      v.                           )   ORDER EXCLUDING TIME
                                       )
16 |                                   )
   | YUEQIANG CHEN,                    )
17 | a/k/a Bill Chen,                  )   SAN JOSE VENUE
                                       )
18 |      Defendant.                   )
   |_____)
19

20     On June 8, 2006, the undersigned parties in the above-captioned case appeared before the

21 Court for an arraignment.  After the defendant was arraigned on an indictment and entered a plea

22 of not guilty, Assistant United States Attorney Susan Knight explained to the Court that the

23 government needed to provide discovery to Steven Manchester and requested an exclusion of

24 time under the Speedy Trial Act.  The defendant, through Mr. Manchester, agreed to an exclusion

25 of time from June 8, 2006 until June 28, 2006.  The parties agree and stipulate that an exclusion

26 of time is appropriate based on the defendant's need for effective preparation of counsel and

27 continuity of counsel.

28 //

1  SO STIPULATED:                KEVIN V. RYAN
                                 United States Attorney

3  DATED:_____          _____/s/_____
                                 SUSAN KNIGHT
4                                Assistant United States Attorney

5
   DATED:_____          _____/s/_____
6                                STEVEN R. MANCHESTER
                                 Counsel for Mr. Chen

8     Accordingly, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act
9  from June 8, 2006 until June 28, 2006.  The Court finds, based on the aforementioned reasons,
10 that the ends of justice served by granting the requested continuance outweigh the best interest of
11 the public and the defendant in a speedy trial.  The failure to grant the requested continuance
12 would deny defense counsel reasonable time necessary for effective preparation, taking into
13 account the exercise of due diligence, and would result in a miscarriage of justice.  The Court
14 therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A)
15 and (B)(iv).
16 SO ORDERED.

17 DATED: 6/12/06                 _____
18                                HOWARD R. LLOYD
                                  United States Magistrate Judge
19                                Jeremy Fogel