**E-filed 9/26/06**

KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5042
    FAX: (408)535-5066
    matthew.parrella@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-00384-JF |
|     Plaintiff, | [~~PROPOSED~~] **ORDER CONTINUING STATUS DATE, DEEMING MATTER COMPLEX, AND EXCLUDING TIME** |
|     v. | |
| YUEQIANG CHEN,<br>    a/k/a Bill Chen, | |
|     Defendant. | |

    1.    On September 22, 2006, a stipulation for the continuance of the status date and to exclude time was filed before the Honorable Jeremy Fogel, United States District Judge;

    2.    Counsel stipulated in support of this request that the pending indictment is part of a larger investigation involving large amounts of complex documents and records in both paper and computer formats. The discovery process has begun and the government has disclosed 4 CD's of material, as well as 366 pages of paper documents. Additional discovery is being prepared for disclosure. The parties are engaged in ongoing communications and negotiations and these may require disclosure of materials not contemplated by the discovery made for the charges in the indictment. Further, the parties stipulate that the matter should be deemed

1  complex pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii);

2       3.      Both counsels agreed that the time between September 27, 2006 and November
3  15, 2006 should be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(i) and (ii);

4       Based upon the foregoing representations made by the parties by stipulated motion, and
5  good cause appearing therefor,

6       **IT IS HEREBY ORDERED** that the time between September 27, 2006 and November
7  15, 2006 shall be excluded from the computation the period within which the trial must
8  commence, for the reasons and based upon the statutory provisions set forth above, and for those
9  reasons proffered by the parties.   The Court finds that the ends of justice outweigh the interests
10 of the public and the parties in a speedier trial based upon the grounds set forth above.

11      **IT IS FURTHER ORDERED** that this matter  be deemed complex pursuant to 18
12 U.S.C. § 3161(h)(8)(B)(ii).

13      **IT IS FURTHER ORDERED** that the matter shall be removed from the Court's
14 calendar on September 27, 2006  and set for status on November 15, 2006, or a date thereafter at
15 the convenience of the Court.

16 DATED:
17      9/26/06

18                                             _____
                                               Jeremy Fogel
                                               United States District Judge
19
   Distribute to:
20
   STEVEN R. MANCHESTER
21 Attorney for Defendant
   Manchester, Williams, & Seibert
22 125 S. Market St., Suite 1100
   San Jose, CA 95113
23
   MATTHEW A. PARRELLA
24 Assistant United States Attorney
   Attorney for Plaintiff
25 150 Almaden Blvd., Suite 900
   San Jose, CA 95113
26

27

28