Steven R. Manchester (State Bar No. 45589)
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, CA 95113-2286
408.287.6193 – Telephone
408.287.1554 - Facsimile

Attorney for Defendant, YUEQIANG CHEN aka BILL CHEN

FILED
DEC 19 2006
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06-00384 JF RS |
| Plaintiff, | DECLARATION OF STEVEN R. MANCHESTER IN SUPPORT OF TRAVEL ORDER AND [PROPOSED] ORDER PERMITTING TRAVEL TO THE EASTERN DISTRICT OF CALIFORNIA |
| vs. | |
| YUEQIANG CHEN aka BILL CHEN, | |
| Defendant. | |

## DECLARATION

I, the undersigned declare:

1. I am counsel of record for the defendant herein. If called as a witness, I could competently testify to the following:

2. The defendant wants to travel with his wife and children to the Eastern District of California from December 27, 2006 through December 31, 2006.

3. On December 15, 2006, I received a message from Assistant United States Attorney Mathew Parrella in which he indicated that I could represent to the court that he had no objection to the defendant's request. On December 18, 2006, I spoke to Laura Weigel of Pre-trial Services who also indicated that she had no objection to the defendant's request.

1

I delclare under penalty of perjury that the foregoing is true and correct. Signed this 18th day of December 2006, at San Jose, California.

/s/
Steven R. Manchester

ORDER

The court having considered the Declaration of Steven R. Manchester, and there being no objection thereto, IT IS HEREBY ORDERED that the defendant be permitted to travel to the Eastern District of California from December 27, 2006 through December 31, 2006.

Dated: 12/18/06

Magistrate Judge