Steven R. Manchester (State Bar No. 45589)
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, CA 95113-2286
408.287.6193 – Telephone
408.287.1554 - Facsimile

FILE
MAY -7 2007

Attorney for Defendant, YUEQIANG CHEN aka BILL CHEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> YUEQIANG CHEN aka BILL CHEN, <br><br> Defendant. | Case No. 06-00384 JF <br><br> [PROPOSED] ORDER PERMITTING THE DEFENDANT TO TRAVEL TO CHINA |

The defendant's motion for permission to travel to China was heard on April 12, 2007, and again on April 30, 2007 before the Honorable Richard Seeborg. The government was represented by Assistant United States Attorney Matthew A. Parrella ("AUSA Parrella") at both proceedings, and the defendant was represented by Steven R. Manchester ("Manchester"). Subsequent to the hearing on April 30th, counsel for the defendant submitted a declaration containing the defendant's proposed travel itinerary including air reservations and addresses where the defendant would be staying.

Having considered the papers filed by the parties, and the arguments of counsel, IT IS HEREBY ORDERED that the defendant's application to travel to China is granted on the following conditions:

1. That the defendant's wife voluntarily deposit her passport, and the passport of their daughter, into the possession of the defendant's counsel. The delivery shall take place prior to the defendant's departure for China. Manchester shall advise Pretrial Services, and AUSA Parrella of his possession of the passports prior to the defendant's departure, and shall retain possession of the passports until the defendant returns to the United States. If, during the defendant's absence from the United States, the defendant's wife asks Manchester for the return of the passports, Manchester shall immediately give notice to the Court, and to AUSA Parrella. The passports shall not be returned to the defendant's wife until after a hearing has been held before Magistrate Judge Seeborg. Manchester is authorized to return the wife and daughter's passports after the defendant's return to the United States without further notice to the Court or counsel.

2. The defendant shall be permitted to travel to China. He may leave the United States on May 10, 2007, and shall return on May 20, 2007. He shall advise Pretrial Services of his departure 24 hours prior thereto, and report to Pretrial Services within 24 hours of his return the United States. The defendant shall adhere to the itinerary supplied to the court by Manchester and the court notifies defendant that any deviation from said itinerary, in the absence of good cause, shall constitute a violation of this order.

///

///

///

2

3. The Clerk of the Court shall provide the defendant with the defendant's passport, and any necessary Immigration and Customs Enforcement document, or "green card," within a reasonable period before the defendant's departure. The defendant shall return his passport, and "green card," to the Clerk of the Court within 24 hours of his arrival in the United States.

Approved as to Form and Content

_____

Steven R. Manchester

Attorney for Defendant Chen

_____

Matthew A. Parrella

Assistant United States Attorney

IT IS SO ORDERED:

Dated: 5-7-07

_____

Magistrate Judge Richard Seeborg