**E-filed 5/10/07**

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5042
    FAX: (408)535-5066
    matthew.parrella@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-00384-JF |
| Plaintiff, | **STIPULATION CONTINUING STATUS DATE AND EXCLUDING TIME AND** [~~PROPOSED~~] **ORDER** |
| v. | |
| YUEQIANG CHEN,<br>   a/k/a Bill Chen, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Scott N. Schools, United States Attorney, and Matthew A. Parrella, Assistant United States Attorney, counsel for the United States of America, and Steven Manchester, Esq., counsel for defendant, that the status date currently scheduled for May 9, 2007, be vacated and continued to June 27, 2007, or to a date thereafter at the convenience of the Court.

This Stipulation is entered into for the following reasons:

1.    The pending indictment is part of a larger investigation involving large amounts of complex documents and records in both paper and computer formats. The discovery process has begun and the government has disclosed 4 CD's of material, as well as 366 pages of paper

 
 

...
documents. Additional discovery is being prepared for disclosure. The parties are engaged in ongoing communications and negotiations and these may require disclosure of materials not contemplated by the discovery made for the charges in the indictment. The defense requires additional time to review the discovery in order to continue its effective preparation, taking into account the exercise of due diligence.

2. Counsel for the defendant has spoken with the defendant and the defendant has no objections to the continuance sought herein.

3. The defendant is not in custody. The defendant is preparing for extended travel, approved by Magistrate Judge Seeborg, which travel impacts on the length of the proposed continuance.

4. This continuance is sought to save the court's time and resources, to allow time for the Government to evaluate and analyze new information which will have a bearing on sentencing calculations and therefore plea negotiations.

5. The parties agree that this matter should be deemed complex pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and request that the court do so in its order;

6. Additionally, denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

///
///
///

7. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(F), 3161(h)(7), and 3161(H)(8)(A), considering the factors under Title 18 United States Code, Sections 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

DATED this __7__ day of __May__, 2007.

SCOTT N. SCHOOLS
United States Attorney

_____  5/7/07
MATTHEW A. PARRELLA        DATE
Assistant United States Attorney

_____  5/2/09
STEVEN R. MANCHESTER       DATE
Attorney for Defendant

1     Based upon the foregoing representations made by the parties by stipulated motion, and
2 good cause appearing therefor,

3     **IT IS HEREBY ORDERED** that the time between May 9, 2007 and June 27, 2007 shall
4 be excluded from the computation the period within which the trial must commence, for the
5 reasons and based upon the statutory provisions set forth above, and for those reasons proffered
6 by the parties.  The Court finds that the ends of justice outweigh the interests of the public and
7 the parties in a speedier trial based upon the grounds set forth above.

8     **IT IS FURTHER ORDERED** that the matter shall be removed from the Court's
9 calendar on May 9, 2007 and set for status on June 27, 2007, or a date thereafter at the
10 convenience of the Court.

11 DATED:   5/10/07
12     nunc pro tunc to 5/9/07

13     JEREMY FOGEL
    United States District Judge