## PROPOSED ORDER/COVER SHEET

TO:     Honorable Richard Seeborg                    RE:     Yueqiang Chen
        U.S. Magistrate Judge

FROM:   Claudette M. Silvera, Chief                  DOCKET NO.:    CR 06-00384JF
        U.S. Pretrial Services Officer

                                                                   5/21/07

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel
U.S. Pretrial Services Officer                       408-535-5230
                                                     TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☒  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge_____ Presiding  District Court Judge_____

☐  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

   Modification(s)

   A.                                                **FILED**

   B.

   Bail Revoked/Bench Warrant Issued.                MAY 2 2 2007

                                                     RICHARD W. WIEKING
                                                     CLERK, U.S. DISTRICT COURT
                                                     NORTHERN DISTRICT OF CALIFORNIA
                                                     SAN JOSE

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐  Other Instructions:

_____

_____

_____

_____
JUDICIAL OFFICER                                     5-21-07
                                                     DATE

Cover Sheet (12/03/02)